# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 3:12-CV-0101-MMD (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | March 20, 2013 |
| ) | | |
| EDWARD DAVID SIMON, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed the defendant's motion and amended motion for review and order granting release pending sentencing (#29 & #30) and is unclear whether the defendant is moving to reopen detention before the Magistrate Judge or is objecting to the order of detention to the District Court. The defendant shall file a notice advising the court of the same.

**IT IS ORDERED** that the hearing on defendant's motion set for March 21, 2013 at 11:00 a.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
        Deputy Clerk